UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


ERIKA ERDAHL,
    Plaintiff,

v.                                          C.A. No. 12-298L

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON,
    Defendant.

<u>ORDER</u>

Ronald R. Lagueux, Senior United States District Judge.

    After reviewing the pertinent documents and hearing oral argument on Plaintiff's Objection to the Report and Recommendation issued by U.S. Magistrate Judge Patricia A. Sullivan, on July 3, 2013, this Court has determined to adopt and affirm that Report and Recommendation in its entirety. Consequently, Plaintiff's Motion for Summary Judgment is denied and Defendant's Motion for Summary Judgment is granted.  The Clerk shall enter judgment for the defendant.


It is so ordered.


<u>/s/ Ronald R. Lagueux</u>
Ronald R. Lagueux
Senior United States District Judge
October  30, 2013